**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Dawn Elizabeth Weimer                 CHAPTER 13
                       Debtor(s)

                                                  BKY. NO. 23-13076 MDC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of CONVENTIONAL/FHA/VA/RHS: Nationstar Mortgage LLCNationstar Mortgage LLC and index same on the master mailing list.

                                                 Respectfully submitted,

                                       /s/ **Mark A. Cronin**
                                       Mark Cronin
                                       19 Oct 2023, 17:10:16, EDT

                                       KML Law Group, P.C.
                                       701 Market Street, Suite 5000
                                       Philadelphia, PA 19106-1532
                                       (215) 627-1322