UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: Dawn Elizabeth Weimar | Chapter 13 |
| | Bankruptcy No. 23-13076-mdc |
| | Service of Chapter 13 Plan |

## CERTIFICATION OF SERVICE
## INITIAL PLAN

I, Jeffery A. Fournier, Esquire, hereby certify that I served a copy of the INITIAL CHAPTER 13 PLAN to the following interested parties by first class prepaid postage and/or electronically (ECF) on October 27, 2023:

| | |
|---|---|
| U.S. Department of Justice<br>Office of the United States Trustee | ECF |
| Kenneth E. West, Trustee | ECF |
| Attached creditor matrix | Mail |

/S/Jeffery A. Fournier, Esquire
Jeffery A. Fournier, Esquire
Attorney for Debtor

Nationstar Mortgage LLC d/b/a
Mr. Cooper
P.O. Box 619096
Dallas, TX 75261-9741

Linear Mortgage LLC
Attn: Wendy Elliott Acct. Mgr.
P.O. Box 2420
Sarasota, FL 34230

Pennsylvania Department of Rev.
Bankruptcy Division
PO Box 280946
Harrisburg PA 17128-0946

Borough of Bristol
250 Pond Street
Bristol, PA 19007

PA Dept. of Labor & Industry
1171 S. Cameron Street
Harrisburg, PA 17104

Great Eastern Resort Corporation
P O Box 6006
Charlottesville, VA 22906

Consumer Portfolio Services, Inc.
19500 Jamboree Road, Suite 600
Irving, CA 92612

Internal Revenue Service
P O Box 7346
Philadelphia, PA 19101-7346

Department Stores National Bank
c/o Quantum3 Group LLC
PO Box 657
Kirkland, WA 98083-0657

The Bank of Missouri
P.O. Box 105555
Atlanta, GA 30348

Capital One Bank (USA), N.A.
4515 N Santa Fe Ave
Oklahoma City, OK 73118

LVNV Funding, LLC c/o Resurgent
Capital Services
PO Box 10587
Greenville, SC 29603-0587

Discover Bank, Discover Prod. Inc
P.O. Box 3025
New Albany, OH 43054-3025