| CO. | DIV. | CREW | EMPL. NO. | EMPLOYEE NAME | TRADE | PERIOD END DATE | DEPT./LAST JOB | CHECK NO. |
|---|---|---|---|---|---|---|---|---|
| 1 | 0 | 5 | ~~###~~ | DAWN E WEIMAR | TEAMSTER | 09/03/2023 | ~~###~~ | ~~###~~ |

| EARNINGS ||||  DEDUCTIONS/BENEFITS |||
|---|---|---|---|---|---|---|
| DESCRIPTION | HOURS | RATE | AMOUNT | DESCRIPTION | AMOUNT | Y.T.D. AMOUNT |
| REGULAR HOURS | 9.00 | 35.558 | 320.02 | PA ST INCOME TX | 57.67 | 1,927.60 |
| REGULAR HOURS | 31.00 | 36.240 | 1,123.44 | TOWNSHIP | 18.78 | 598.87 |
| OVERTIME HOURS | 8.00 | 54.360 | 434.88 | SUTA BURDEN-PA | 1.31 | 43.95 |
|  |  |  |  | UNION DUES DED | 109.00 | 969.00 |
|  |  |  |  | DD-CK-KEYSTONE* | 1,367.98 | 48,593.92 |

| | | | | | | | NET PAY |
|---|---|---|---|---|---|---|---|
| CURRENT | 1,878.34 | 179.90 | 143.70 | 57.67 | 20.09 | 401.36 |  |
| Y.T.D. | 62,788.20 | 5,841.47 | 4,803.30 | 1,927.60 | 652.91 | 109.00 | **1,367.98 |
|  | GROSS EARNINGS | FEDERAL WITH. TAX | F.I.C.A. | STATE TAXES | LOCAL TAXES | TOTAL TAXES/DED. |  |

JAMES D. MORRISSEY, INC.
9119 FRANKFORD AVENUE
PHILADELPHIA, PA 19114

  

CHECK DATE
09/08/2023

CHECK NO
~~###~~

**CHECK AMOUNT**

*******VOID CHECK*******

PAY   *******VOID CHECK*******   *******VOID CHECK*******

TO
THE      DAWN E WEIMAR ~~###~~
ORDER    724 WOOD ST.
OF       BRISTOL, PA 19007

| CO. | DIV. | CREW. | EMPL. NO. | EMPLOYEE NAME | TRADE | PERIOD END DATE | DEPT./LAST JOB | CHECK NO. |
|---|---|---|---|---|---|---|---|---|
| 1 | 0 | 5 | ▓▓▓ | DAWN E WEIMAR | TEAMSTER | 09/10/2023 | ▓▓▓ | ▓▓▓ |

| EARNINGS ||| DEDUCTIONS/BENEFITS |||
|---|---|---|---|---|---|
| DESCRIPTION | HOURS | RATE | AMOUNT | DESCRIPTION | AMOUNT | Y.T.D. AMOUNT |
| REGULAR HOURS | 35.00 | 36.240 | 1,268.40 | PA ST INCOME TX | 40.61 | 1,968.21 |
| OVERTIME HOURS | 1.00 | 54.360 | 54.36 | TOWNSHIP | 13.23 | 612.10 |
|  |  |  |  | SUTA BURDEN-PA | .93 | 44.88 |
|  |  |  |  | DD-CK-KEYSTONE* | 1,053.83 | 49,647.75 |

|  | GROSS EARNINGS | FEDERAL WITH. TAX | F.I.C.A. | STATE TAXES | LOCAL TAXES | TOTAL TAXES/DED. | NET PAY |
|---|---|---|---|---|---|---|---|
| CURRENT | 1,322.76 | 112.97 | 101.19 | 40.61 | 14.16 | 268.93 |  |
| Y.T.D. | 64,110.96 | 5,954.44 | 4,904.49 | 1,968.21 | 667.07 | .00 | **1,053.83 |

JAMES D. MORRISSEY, INC.
9119 FRANKFORD AVENUE
PHILADELPHIA, PA 19114

 

CHECK DATE
09/15/2023

CHECK NO
▓▓▓

CHECK AMOUNT

*******VOID CHECK*******

PAY   *******VOID CHECK*******   *******VOID CHECK*******

TO THE ORDER OF   DAWN E WEIMAR
724 WOOD ST.
BRISTOL, PA 19007



| CO. | DIV. | CREW. | EMPL. NO. | EMPLOYEE NAME | TRADE | PERIOD END DATE | DEPT./LAST JOB | CHECK NO. |
|---|---|---|---|---|---|---|---|---|
| 1 | 0 | 5 | ▓▓▓ | DAWN E WEIMAR | TEAMSTER | 09/10/2023 | ▓▓▓▓ | ▓▓▓▓ |

| EARNINGS ||||  DEDUCTIONS/BENEFITS |||
|---|---|---|---|---|---|---|
| DESCRIPTION | HOURS | RATE | AMOUNT | DESCRIPTION | AMOUNT | Y.T.D. AMOUNT |
| REGULAR HOURS | 8.00 | 36.240 | 289.92 | PA ST INCOME TX | 8.90 | 1,936.50 |
|  |  |  |  | SUTA BURDEN-PA | .20 | 44.15 |
|  |  |  |  | DD-CK-KEYSTONE* | 258.64 | 49,906.39 |

|  |  |  |  |  |  |  | NET PAY |
|---|---|---|---|---|---|---|---|
| CURRENT | 289.92 | .00 | 22.18 | 8.90 | .20 | 31.28 |  |
| Y.T.D. | 64,400.88 | 5,954.44 | 4,926.67 | 1,977.11 | 667.27 | .00 | **258.64 |
|  | GROSS EARNINGS | FEDERAL WITH. TAX | F.I.C.A. | STATE TAXES | LOCAL TAXES | TOTAL TAXES/DED. |  |

JAMES D. MORRISSEY, INC.
9119 FRANKFORD AVENUE
PHILADELPHIA, PA 19114

   

CHECK DATE    CHECK NO
09/15/2023

**CHECK AMOUNT**

PAY    *******VOID CHECK*******    *******VOID CHECK*******

*******VOID CHECK*******

TO
THE     DAWN E WEIMAR
ORDER   724 WOOD ST.
OF      BRISTOL, PA 19007



| CO. | DIV. | CREW | EMPL. NO. | EMPLOYEE NAME | TRADE | PERIOD END DATE | DEPT/LAST JOB | CHECK NO. |
|---|---|---|---|---|---|---|---|---|
| 1 | 0 | 5 | ▓▓▓▓ | DAWN E WEIMAR | TEAMSTER | 09/17/2023 | ▓▓▓▓ | ▓▓▓▓ |

| EARNINGS ||||  DEDUCTIONS/BENEFITS |||
|---|---|---|---|---|---|---|
| DESCRIPTION | HOURS | RATE | AMOUNT | DESCRIPTION | AMOUNT | Y.T.D. AMOUNT |
| REGULAR HOURS | 40.00 | 36.240 | 1,449.60 | PA ST INCOME TX | 44.50 | 2,021.61 |
|  |  |  |  | SUTA BURDEN-PA | 1.01 | 46.09 |
|  |  |  |  | DD-CK-KEYSTONE* | 1,165.00 | 52,496.68 |

|  |  |  |  |  |  |  | NET PAY |
|---|---|---|---|---|---|---|---|
| CURRENT | 1,449.60 | 128.19 | 110.90 | 44.50 | 1.01 | 284.60 |  |
| Y.T.D. | 67,660.65 | 6,254.09 | 5,176.05 | 2,077.18 | 687.65 | .00 | **1,165.00 |
|  | GROSS EARNINGS | FEDERAL WITH. TAX | F.I.C.A. | STATE TAXES | LOCAL TAXES | TOTAL TAXES/DED. |  |

JAMES D. MORRISSEY, INC.
9119 FRANKFORD AVENUE
PHILADELPHIA, PA 19114



**CHECK DATE**
09/22/2023

**CHECK NO**
▓▓▓▓

**CHECK AMOUNT**

PAY     *******VOID CHECK*******   *******VOID CHECK*******

*******VOID CHECK*******

TO     DAWN E WEIMAR  ▓▓▓▓
THE    724 WOOD ST.
ORDER  BRISTOL, PA 19007
OF



| CO. | DIV. | CREW | EMPL. NO. | EMPLOYEE NAME | TRADE | PERIOD END DATE | DEPT/LAST JOB | CHECK NO. |
|---|---|---|---|---|---|---|---|---|
| 1 | 0 | 5 | ~~####~~ | DAWN E WEIMAR | TEAMSTER | 09/24/2023 | ~~####~~ | ~~####~~ |

| EARNINGS |||| DEDUCTIONS/BENEFITS |||
|---|---|---|---|---|---|---|
| DESCRIPTION | HOURS | RATE | AMOUNT | DESCRIPTION | AMOUNT | Y.T.D. AMOUNT |
| REGULAR HOURS | 40.00 | 36.240 | 1,449.60 | PA ST INCOME TX | 55.35 | 2,132.53 |
| OVERTIME HOURS | 6.50 | 54.360 | 353.34 | TOWNSHIP | 18.03 | 648.23 |
|  |  |  |  | SUTA BURDEN-PA | 1.26 | 48.62 |
|  |  |  |  | DD-CK-KEYSTONE* | 1,419.79 | 53,916.47 |

|  | GROSS EARNINGS | FEDERAL WITH. TAX | F.I.C.A. | STATE TAXES | LOCAL TAXES | TOTAL TAXES/DED. | NET PAY |
|---|---|---|---|---|---|---|---|
| CURRENT | 1,802.94 | 170.59 | 137.92 | 55.35 | 19.29 | 383.15 |  |
| Y.T.D. | 69,463.59 | 6,424.68 | 5,313.97 | 2,132.53 | 706.94 | .00 | **1,419.79 |

JAMES D. MORRISSEY, INC.
9119 FRANKFORD AVENUE
PHILADELPHIA, PA 19114

  

CHECK DATE     CHECK NO
09/29/2023     ~~####~~

CHECK AMOUNT

*******VOID CHECK*******

PAY     *******VOID CHECK*******   *******VOID CHECK*******

TO       DAWN E WEIMAR
THE      724 WOOD ST.
ORDER    BRISTOL, PA 19007
OF



| CO. | DIV. | CREW | EMPL. NO. | EMPLOYEE NAME | TRADE | PERIOD END DATE | DEPT./LAST JOB | CHECK NO. |
|---|---|---|---|---|---|---|---|---|
| 1 | 0 | 5 |  | DAWN E WEIMAR | TEAMSTER | 10/08/2023 |  |  |

| EARNINGS ||||  DEDUCTIONS/BENEFITS |||
|---|---|---|---|---|---|---|
| DESCRIPTION | HOURS | RATE | AMOUNT | DESCRIPTION | AMOUNT | Y.T.D. AMOUNT |
| REGULAR HOURS | 40.00 | 35.558 | 1,422.31 | PA ST INCOME TX | 55.13 | 2,243.37 |
| OVERTIME HOURS | 7.00 | 53.337 | 373.35 | TOWNSHIP | 17.96 | 684.34 |
|  |  |  |  | SUTA BURDEN-PA | 1.26 | 51.15 |
|  |  |  |  | UNION DUES DED | 109.00 | 1,078.00 |
|  |  |  |  | DD-CK-KEYSTONE* | 1,305.22 | 56,650.35 |

|  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|
| CURRENT | 1,795.66 | 169.72 | 137.37 | 55.13 | 19.22 | 381.44 | NET PAY |
| Y.T.D. | 73,073.85 | 6,766.39 | 5,590.16 | 2,243.37 | 745.58 | 109.00 | **1,305.22 |
|  | GROSS EARNINGS | FEDERAL WITH. TAX | F.I.C.A. | STATE TAXES | LOCAL TAXES | TOTAL TAXES/DED. |  |

JAMES D. MORRISSEY, INC.
9119 FRANKFORD AVENUE
PHILADELPHIA, PA 19114

M & T Bank 

CHECK DATE 10/13/2023     CHECK NO

CHECK AMOUNT

*******VOID CHECK*******

PAY     *******VOID CHECK*******    *******VOID CHECK*******

TO THE ORDER OF    DAWN E WEIMAR
724 WOOD ST.
BRISTOL, PA 19007



| CO. | DIV. | CREW. | EMPL. NO. | EMPLOYEE NAME | TRADE | PERIOD END DATE | DEPT./EAST JOB | CHECK NO. |
|---|---|---|---|---|---|---|---|---|
| 1 | 0 | 5 | | DAWN E WEIMAR | TEAMSTER | 10/15/2023 | | |

| EARNINGS ||||  DEDUCTIONS/BENEFITS |||
|---|---|---|---|---|---|---|
| DESCRIPTION | HOURS | RATE | AMOUNT | DESCRIPTION | AMOUNT | Y.T.D. AMOUNT |
| REGULAR HOURS | 27.00 | 35.558 | 960.06 | PA ST INCOME TX | 42.76 | 2,286.13 |
| REGULAR HOURS | 9.00 | 36.240 | 326.16 | TOWNSHIP | 13.93 | 698.27 |
| OVERTIME HOURS | 2.00 | 53.337 | 106.68 | SUTA BURDEN-PA | .98 | 52.13 |
| | | | | DD-CK-KEYSTONE* | 1,107.29 | 57,757.64 |

| | | | | | | | NET PAY |
|---|---|---|---|---|---|---|---|
| CURRENT | 1,392.90 | 121.38 | 106.56 | 42.76 | 14.91 | 285.61 | |
| Y.T.D. | 74,466.75 | 6,887.77 | 5,696.72 | 2,286.13 | 760.49 | .00 | **1,107.29 |
| | GROSS EARNINGS | FEDERAL WITH. TAX | F.I.C.A. | STATE TAXES | LOCAL TAXES | TOTAL TAXES/DED. | |

JAMES D. MORRISSEY, INC.
9119 FRANKFORD AVENUE
PHILADELPHIA, PA 19114

CHECK DATE   CHECK NO
10/20/2023

CHECK AMOUNT

*******VOID CHECK*******

PAY       *******VOID CHECK*******   *******VOID CHECK*******

TO        DAWN E WEIMAR
THE       724 WOOD ST.
ORDER     BRISTOL, PA 19007
OF



| CO. | DIV. | CREW | EMPL. NO. | EMPLOYEE NAME | TRADE | PERIOD END DATE | DEPT./LAST JOB | CHECK NO. |
|---|---|---|---|---|---|---|---|---|
| 1 | 0 | 5 | ~~####~~ | DAWN E WEIMAR | TEAMSTER | 10/15/2023 | ~~######~~ | ~~######~~ |

| EARNINGS ||||  DEDUCTIONS/BENEFITS |||
|---|---|---|---|---|---|---|
| DESCRIPTION | HOURS | RATE | AMOUNT | DESCRIPTION | AMOUNT | Y.T.D. AMOUNT |
| REGULAR HOURS | 8.00 | 36.240 | 289.92 | PA ST INCOME TX | 8.90 | 2,252.27 |
|  |  |  |  | SUTA BURDEN-PA | .20 | 51.35 |
|  |  |  |  | DD-CK-KEYSTONE* | 258.64 | 58,016.28 |

|  | | | | | | | NET PAY |
|---|---|---|---|---|---|---|---|
| CURRENT | 289.92 | .00 | 22.18 | 8.90 | .20 | 31.28 |  |
| Y.T.D. | 74,756.67 | 6,887.77 | 5,718.90 | 2,295.03 | 760.69 | .00 | **258.64 |
|  | GROSS EARNINGS | FEDERAL WITH. TAX | F.I.C.A. | STATE TAXES | LOCAL TAXES | TOTAL TAXES/DED. |  |

JAMES D. MORRISSEY, INC.
9119 FRANKFORD AVENUE
PHILADELPHIA, PA 19114

CHECK DATE  CHECK NO
10/20/2023  ~~######~~

CHECK AMOUNT

*******VOID CHECK*******

PAY   *******VOID CHECK*******  *******VOID CHECK*******

TO      DAWN E WEIMAR
THE     724 WOOD ST.
ORDER   BRISTOL, PA 19007
OF

