**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re: Dawn Elizabeth Weimar<br>Debtor | Chapter 13<br><br>Bankruptcy No. 23-13076-mdc<br><br>Motion to Extend the Automatic Stay Beyond 30 Days |

**CERTIFICATION OF NO RESPONSE TO**
**MOTION TO EXTEND THE AUTOMATIC STAY BEYOND THIRTY (30) DAY PERIOD**

I, Jeffery A. Fournier, Esquire, attorney for Debtors, hereby certifies the following:

1. That a Motion to Extend the Automatic Stay Beyond the Thirty (30) Day Period was filed on October 13, 2023.

2. Notice of the Motion to Extend the Automatic Stay Beyond Thirty (30) Day Period was served upon all creditors and interested parties on or about October 13, 2023.

3. There has been no response by creditors or interested parties.

**WHEREFORE**, I respectfully request that the Motion to Extend the Automatic Stay Beyond the Thirty (30) Day Period be granted.

/s/ Jeffery A. Fournier, Esquire
Jeffery A. Fournier, Esquire
Attorney for Debtor