**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: Dawn Elizabeth Weimar | : | Chapter 13 |
| Debtor | : | |
| | : | Bankruptcy No. 23-13076-mdc |
| | : | |
| | : | Motion to Extend the Automatic |
| | : | Stay Beyond 30 Days |

**ORDER CONTINUING STAY BEYOND THIRTY (30) DAY PERIOD**

AND NOW, this 7 day of November, 2023, upon Motion of the Debtor, it is hereby ORDERED that the Automatic Stay under 11 U.S.C. Section 362 is to continue and is extended beyond thirty (30) days from the filing date of this bankruptcy for the duration of this case without further order from this Court.

Date 11/8/2023

_Magdeline D. Coleman_
_____
Honorable Magdeline D. Coleman
Chief Bankruptcy Judge
United States Bankruptcy Court