United States Bankruptcy Court

Eastern District of Pennsylvania

In re: Case No. 23-13076-mdc
Dawn Elizabeth Weimar Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 2
Date Rcvd: Nov 08, 2023     Form ID: pdf900     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 10, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Dawn Elizabeth Weimar, 724 Wood St., Bristol, PA 19007-5210 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 10, 2023      Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 8, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| JEFFERY A. FOURNIER | on behalf of Debtor Dawn Elizabeth Weimar jefffournier@verizon.net |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| MARK A. CRONIN | on behalf of Creditor CONVENTIONAL/FHA/VA/RHS: Nationstar Mortgage LLC bkgroup@kmllawgroup.com |
| MARK A. CRONIN | on behalf of Creditor Nationstar Mortgage LLC bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

District/off: 0313-2                 User: admin                              Page 2 of 2
Date Rcvd: Nov 08, 2023              Form ID: pdf900                      Total Noticed: 1

TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: Dawn Elizabeth Weimar<br>Debtor | Chapter 13<br><br>Bankruptcy No. 23-13076-mdc<br><br>Motion to Extend the Automatic Stay Beyond 30 Days |

## ORDER CONTINUING STAY BEYOND THIRTY (30) DAY PERIOD

AND NOW, this 7 day of November, 2023, upon Motion of the Debtor, it is hereby ORDERED that the Automatic Stay under 11 U.S.C. Section 362 is to continue and is extended beyond thirty (30) days from the filing date of this bankruptcy for the duration of this case without further order from this Court.

Date 11/8/2023

Honorable Magdeline D. Coleman
Chief Bankruptcy Judge
United States Bankruptcy Court