IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: <br><br> DAWN ELIZABETH WEIMAR <br>       Debtor, <br><br><br> CONSUMER PORTFOLIO SERVICES, INC. <br><br>       Movant, <br><br> v. <br><br> DAWN ELIZABETH WEIMAR <br> KENNETH E. WEST, Trustee. <br><br>       Respondents. | Bankruptcy No. 23-13076-mdc <br><br> Chapter 13 |

CERTIFICATE OF SERVICE

     I, the undersigned, certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 years of age, and that on November 15, 2023, I served copies of Movant Consumer Portfolio Services, Inc.'s Objection to Confirmation of Chapter 13 Plan filed November 15, 2023 upon the parties in interest in this proceeding, by first class U.S. Mail, postage prepaid or electronically via the court's CM/ECF system at the following addresses:

| | |
|---|---|
| Dawn Elizabeth Weimar <br> 724 Wood St. <br> Bristol, PA 19007 | JEFFERY A. FOURNIER <br> Fournier Law Offices <br> 2480-B Durham Road <br> Bristol, PA 19007 |

| | |
|---|---|
| KENNETH E. WEST <br> Office of the Chapter 13 Standing Trustee <br> 1234 Market Street - Suite 1813 <br> Philadelphia, PA 19107 | Office of United States Trustee <br> Robert N.C. Nix Federal Building <br> 900 Market Street <br> Suite 320 <br> Philadelphia, PA 19107 |

                                           By: /s/*Keri P. Ebeck*
                                           Keri P. Ebeck, Esq.
                                           PA I.D. # 91298
                                           kebeck@bernsteinlaw.com
                                           601 Grant Street, 9th Floor
                                           Pittsburgh, PA 15219
                                           Phone - (412) 456-8112
                                           Fax - (412) 456-8135

                                           *Counsel for Consumer Portfolio Services, Inc.*