IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER NO. 13 |
| DAWN ELIZABETH WEIMAR, | : CASE NO. 23-13076 MDC |
| DEBTOR, | : |
| PENNSYLVANIA DEPARTMENT OF REVENUE, | : HEARING DATE AND TIME : February 22, 2024 @ 9:30 a.m. |
| MOVANT, | : |
| V. | : |
| DAWN ELIZABETH WEIMAR, | : |
| RESPONDENT, | : RELATED TO DOCKET NO. 43 |

CERTIFICATE OF SERVICE FOR PENNSYLVANIA
DEPARTMENT OF REVENUE'S OBJECTION TO DEBTOR'S
PROPOSED CHAPTER 13 PLAN

I, Jonathan W. Chatham, certify under penalty of perjury that I served the above captioned pleading Objection to Chapter 13 Plan, on the parties at the below addresses, on February 21, 2024, by:

**23-13076-MDC Notice will be electronically mailed to:**

Jonathan W. Chatham at RA-occbankruptcy7@pa.gov

Mark A. Cronin at bkgroup@kmllawgroup.com

Keri P. Ebeck at kebeck@bernsteinlaw.com, btemple@bernsteinlaw.com, kebeck@ecf.courtdrive.com

Jeffrey A. Fournier at jefffournier@verizon.net

Mario J. Hanyon at wbecf@brockandscott.com, mario.hanyon@brockandscott.com

United States Trustee at USTPRegion03.PH.ECF@usdoj.gov

Kenneth E. West at ecfemails@ph13trustee.com, philaecf@gmail.com

**23-13076-MDC Notice will not be electronically mailed to:**

EXECUTED ON:  February 21, 2024

                                                  Respectfully submitted by,

By:    /s/ Jonathan W. Chatham
           Deputy Chief Counsel
           PA Department of Revenue
           Office of Chief Counsel
           P.O. Box 281061
           Harrisburg, PA 17128-1061
           PA Attorney I.D.:  209683
           Phone: (717) 783-3673
           Facsimile: (717) 772-1459