United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  Case No. 23-13076-mdc
Dawn Elizabeth Weimar  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 3
Date Rcvd: Mar 15, 2024     Form ID: pdf900     Total Noticed: 31

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 17, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Dawn Elizabeth Weimar, 724 Wood St., Bristol, PA 19007-5210 |
| 14822497 | + | Borough of Bristol, 250 Pond Street, Bristol, PA 19007-4937 |
| 14824326 | + | CONVENTIONAL/FHA/VA/RHS: Nationstar Mortgage LLC, c/o MARK A. CRONIN, KML Law Group, P.C,, 701 Market Street, Ste 5000 Philadelphia, PA 19106-1541 |
| 14822495 | + | Linear Mortgage LLC, Attn: Wendy Elliott Acct. Mgr., P.O. Box 2420, Sarasota, FL 34230-2420 |
| 14834407 | + | Nationstar Mortgage LLC, c/o Mario Hanyon, Esquire, Brock & Scott PLLC, 3825 Forrestgate Drive, Winston Salem, NC 27103-2930 |
| 14824712 | + | Nationstar Mortgage LLC, c/o MARK A. CRONIN, KML Law Group, P.C., 701 Market Street, Ste 5000 Philadelphia, PA 19106-1541 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Mar 16 2024 00:32:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| cr | + | Email/Text: kebeck@bernsteinlaw.com | Mar 16 2024 00:32:00 | Consumer Portfolio Services, Inc., C/o Keri P. Ebeck, 601 Grant Street, 9th Floor, Pittsburgh, PA 15219, UNITED STATES 15219-4430 |
| 14824143 | ^ | MEBN | Mar 16 2024 00:30:21 | CONVENTIONAL/FHA/VA/RHS: Nationstar Mortgage LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14822504 | + | Email/PDF: ebn_ais@aisinfo.com | Mar 16 2024 00:45:07 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14829038 | + | Email/PDF: ebn_ais@aisinfo.com | Mar 16 2024 00:45:04 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14832606 | | Email/Text: bnc-quantum@quantum3group.com | Mar 16 2024 00:32:00 | Citibank, N.A., c/o Quantum3 Group LLC, PO Box 280, Kirkland, WA 98083-0280 |
| 14822500 | + | Email/Text: bankruptcy@consumerportfolio.com | Mar 16 2024 00:32:00 | Consumer Portfolio Services, Inc., 19500 Jamboree Road, Suite 600, Irving, CA 92612-2467 |
| 14822502 | | Email/Text: bnc-quantum@quantum3group.com | Mar 16 2024 00:32:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14822506 | | Email/Text: mrdiscen@discover.com | Mar 16 2024 00:32:00 | Discover Bank, Discover Products Inc, P.O. Box 3025, New Albany, OH 43054-3025 |
| 14838124 | | Email/Text: BNCnotices@dcmservices.com | Mar 16 2024 00:32:00 | Emergency Care Services of Pennsylvania PC, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14822499 | + | Email/Text: mstover@gercls.com | Mar 16 2024 00:32:00 | Great Eastern Resort Corporation, P O Box 6006, |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 15, 2024 | Form ID: pdf900 | Total Noticed: 31 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Charlottesville, VA 22906-6006 |
| 14822501 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 16 2024 00:32:00 | Internal Revenue Service, P O Box 7346, Philadelphia, PA 19101-7346 |
| 14839961 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 16 2024 00:34:58 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14822505 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 16 2024 00:34:29 | LVNV Funding, LLC c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14834145 | + | Email/Text: nsm_bk_notices@mrcooper.com | Mar 16 2024 00:32:00 | Mr. Cooper, 8950 Cypress Waters Boulevard, Coppell, Texas 75019-4620 |
| 14840832 | | Email/Text: nsm_bk_notices@mrcooper.com | Mar 16 2024 00:32:00 | Nationstar Mortgage LLC, Attn: Bankruptcy Department, P.O. Box 619096, Dallas, TX 75261-9741 |
| 14834144 | + | Email/Text: EBN@brockandscott.com | Mar 16 2024 00:32:00 | Nationstar Mortgage LLC, C/O Brock and Scott, PLLC, Attorneys at Law, 3825 Forrestgate Dr., Winston-Salem, NC 27103-2930 |
| 14822494 | + | Email/Text: nsm_bk_notices@mrcooper.com | Mar 16 2024 00:32:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O. Box 619096, Dallas, TX 75261-9096 |
| 14839276 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 16 2024 00:45:24 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14822496 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 16 2024 00:32:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg PA 17128-0946 |
| 14833403 | | Email/Text: bnc-quantum@quantum3group.com | Mar 16 2024 00:32:00 | Quantum3 Group LLC as agent for, Concora Credit Inc., PO Box 788, Kirkland, WA 98083-0788 |
| 14840032 | + | Email/Text: bncmail@w-legal.com | Mar 16 2024 00:32:00 | TD Bank USA, N.A., C/O Weinstein & Riley, P.S., 1415 WESTERN AVE, SUITE 700, SEATTLE, WA 98101-2051 |
| 14824125 | + | Email/Text: famc-bk@1stassociates.com | Mar 16 2024 00:32:00 | THE BANK OF MISSOURI, 2700 S Lorraine Pl, SIOUX FALLS, SD 57106-3657 |
| 14822503 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Mar 16 2024 00:32:00 | The Bank of Missouri, P.O. Box 105555, Atlanta, GA 30348-5555 |
| 14837055 | + | Email/PDF: ebn_ais@aisinfo.com | Mar 16 2024 00:45:04 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 25

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14822498 | ##+ | PA Dept. of Labor & Industry, 1171 S. Cameron Street, Harrisburg, PA 17104-2510 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Mar 15, 2024 | Form ID: pdf900 | Total Noticed: 31 |

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 17, 2024          Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 15, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor Nationstar Mortgage LLC bkgroup@kmllawgroup.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor CONVENTIONAL/FHA/VA/RHS: Nationstar Mortgage LLC bkgroup@kmllawgroup.com |
| JEFFERY A. FOURNIER | on behalf of Debtor Dawn Elizabeth Weimar jefffournier@verizon.net |
| JONATHAN WILKES CHATHAM | on behalf of Creditor PA Dept of Revenue RA-occbankruptcy7@pa.gov |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |
| KERI P EBECK | on behalf of Creditor Consumer Portfolio Services  Inc. kebeck@bernsteinlaw.com, btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com |
| MARIO J. HANYON | on behalf of Creditor CONVENTIONAL/FHA/VA/RHS: Nationstar Mortgage LLC wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| MARK A. CRONIN | on behalf of Creditor CONVENTIONAL/FHA/VA/RHS: Nationstar Mortgage LLC bkgroup@kmllawgroup.com |
| MARK A. CRONIN | on behalf of Creditor Nationstar Mortgage LLC bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 11

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>　　DAWN ELIZABETH WEIMAR<br><br>　　　　　　　　　　Debtor | Chapter 13<br><br>Bankruptcy No. 23-13076-MDC |

ORDER

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Esq., Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** <u>if</u> the case has been confirmed <u>and</u> the Trustee is holding funds, any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor(s)' plan shall be refunded to the Debtor(s) unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

DATE:  March 14, 2024

_____
Honorable Magdeline D. Coleman
Bankruptcy Judge